UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDY L. LANE,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | NO:  12-CV-0220-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation of United States Magistrate Judge James P. Hutton, entered on October 11, 2012, (ECF No. 13) recommending that Plaintiff's motion to dismiss the complaint (ECF No. 12) be granted.  No objections have been filed.

Having reviewed the report and recommendation, the Court adopts Magistrate Judge Hutton's recommendations in their entirety.

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Case 2:12-cv-00220-JPH   Document 14   Filed 10/25/12

1 **ACCORDINGLY, IT IS HEREBY ORDERED:**

2 The Report and Recommendation (ECF No. 13), to grant Plaintiff's motion
3 to dismiss the complaint with prejudice (ECF No. 12), is **ADOPTED** in its
4 entirety.

5 The District Court Executive is hereby directed to enter this Order, enter
6 dismissal, forward copies to the parties and to Magistrate Judge Hutton, and
7 **CLOSE** the file.

8 **DATED** this 25th day of October, 2012.

9 *s/ Thomas O. Rice*

10 THOMAS O. RICE
United States District Judge